Defendant: **KPRS Construction Services, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/9/2023 | $2,154,061.09 | 3/9/2023 | 221064-08 | 1/20/2023 | $427,881.79 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/9/2023 | $2,154,061.09 | 3/9/2023 | 1692-22-10 | 2/20/2023 | $1,511,690.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/9/2023 | $2,154,061.09 | 3/9/2023 | 1692-22-09 | 1/14/2023 | $214,488.96 |

Totals:    1 transfer(s),    $2,154,061.09